| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WOOD, DIANE P | 2. Court or Organization<br><br>U.S. Court of Appeals, 7th Cir | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>2602 U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604-1803 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. Trustee | Beloit College |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Chicago Salary (Total) | $ 24,315.00 |
| 2. 2005 | West Services, Inc. (Book Royalties) | $ 6,370.56 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Beloit College | 2/4/05-2/5/05 - Board of Trustees Meeting, Beloit, Wisconson - L, F |
| 2. ABA-Asia | 2/7/05-2/13/05 - Judicial Seminar, Manila, Philippines - T, L, F |
| 3. University of Southern California | 2/17/05-2/20/05 - Moot Court Finals, Los Angeles, CA - T, L, F |
| 4. U.S. Federal Trade Commission | 3/6/05-3/8/05 - Judicial Seminar, Mexico City, Mexico - T, L, F |
| 5. Law Council of Australia | 3/15/05-3/20/05 - Seminar for Judges & Attorneys, Sydney, Australia - T, L, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club of Chicago | Reduced Fee Membership | $ 1,800.00 |
| 2. West Publishing Co. | Complimentary Second Set of F3d | $ 1,615.00 |
| 3. Peter Leckman, Heather Lewis & Tai Tan (2004-05 Law Clerks) | Framed Jersey | $ 380.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | M | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4. Charter One Bank | A | Interest | J | T | N/A | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART IV.  Reimbursements, continued.

| Source | Description |
|---|---|

6. Open World Program     3/29/05-4/3/05 - Meetings with Russian Judges and U.S. Supreme Court,     Washington, D.C.  -  T, L, F

7. Liberty Fund, Inc.     4/14/05-4/17/05 - Seminar, Alexandria, VA -  T, L, F

8. Stanford University     4/28/05-4/30/05 - Moot Court Finals, Palo Alto, CA - T, L, F

9. British Institute of Int'l &     5/6/05-5/10/05 - Seminar, London, UK - T,L, F
   Comp. Law

10. Eleventh Circuit Court of Appeals 5/12/05-5/14/05 - Circuit Conference, Hollywood, FL - T, L, F

11. University of Chicago Law School 5/15/05-5/18/05 - Annual Meeting of American Law Institute, Philadelphia, PA -
    T, L, F

12. U.S. Courts     6/1/05-6/3/05 - Meeting of Judicial Conference Committee on
    International Judicial Relations, Washington, D.C. - T, L, F

13. Open World Program     6/9/05-6/10/05 - Program for Visiting Russian Judges, Washington, D.C. - T, L, F

14. New York Univ. Institute of     7/10/05-7/13/05 - Educational Seminar for Judges, New York, NY - T, L, F
    Judicial Administration

15. Aspen Institute     7/15/05-7/23/05 - Educational Seminar, Aspen, CO - T, L, F

16. American Constitution Society 7/28/05-7/31/05 - Annual Meeting, Washington, D.C. - T, L, F

17. New York Univ. Institute of     8/8/05 - IJA/NYU Breakfast, Chicago, IL - F
    Judicial Administration

18. International Bar Ass'n     9/26/05-9/29/05 - Annual Meeting Program, Prague, Czech Republic - T, L, F

19.     Beloit College     10/7/05-10/8/05 - Board of Trustees Meeting, Beloit, Wisconsin - L, F

20. Ohio State Univ. Moritz College 10/10/05-10/11/05 - Lecture, Columbus, OH -  T, L, F
    of Law

21. American Law Institute     10/19/05-10/21/05 - Council Meeting, New York, NY - T, L, F

22. Federal Judicial Center     11/2/05-11/6/05 - FJC Seminar and National Conference on Appellate Courts,
    Washington, D.C. - T, L, F

23. The Federalist Society     11/9/05-11/10/05 - Annual Lawyers' Meeting, Washington, D.C. - T, L, F

24. U.S. Courts     11/30/05-12/2/05 - Meeting of Judicial Conference Committee on Int'l Judicial     Relations, Washington,
D.C. - T, L, F

PART VII.  Investments and Trusts.

1. The TIAA and CREF accounts reported in Part VII are not income-producing.  The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign ███████████████████████ Date _5/11/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544